An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TRI STATE SURVEYING, LTD., A NEVADA CORPORATION,<br>Petitioner,<br>vs.<br>THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE,<br>Respondents,<br>and<br>ANDERSON, FRANK & MACK, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND ASSOCIATED LAUNDRY MANAGEMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Real Parties in Interest. | No. 69020-<br><br>**FILED**<br><br>NOV 1 3 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order denying a motion for partial summary judgment in a contract and tort action. Having considered the arguments raised in the petition, we conclude that our extraordinary and discretionary intervention is unwarranted at this time. NRS 34.160; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, we are not persuaded that an appeal from a final judgment would not afford petitioner an adequate legal remedy. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844

15-34636

(2004); *see Moore v. Eighth Judicial Dist. Court*, 96 Nev. 415, 417, 610 P.2d 188, 189 (1980) (determining that mandamus is not an appropriate remedy when resolution of the writ petition would not dispose of the entire controversy). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:    Hon. Scott N. Freeman, District Judge
Fahrendorf, Viloria, Oliphant & Oster, LLP
Zupancic Rothbone Law Group P.C.
Law Offices of Jerry Carter, PC
Washoe District Court Clerk